**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SANDRA D. MUELLER-LUSIANI, | ) | 3:17-cv-00041-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| NATIONASTAR MORTGAGE LLC, et al., | ) | |
| Defendants. | ) | |

Before the court is Defendants Nationstar Mortgage LLC and U.S. Bank National Association's motion to dismiss for lack of complete diversity jurisdiction. (ECF No. 14). Plaintiff opposed the motion (ECF No. 16) and filed a motion to voluntarily dismiss the non-diverse defendant Clear Recon Corp. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) (ECF No. 15). Plaintiff's voluntary motion to dismiss (ECF No. 15) is **GRANTED**. Accordingly, since the only jurisdictional issue raised in the motion to dismiss was a lack of complete diversity, the motion to dismiss (ECF No. 14) is **DENIED.**

IT IS SO ORDERED.

DATED: This 29th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

1